1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    GUILLERMO ADOLFO FUNES-MEJIA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  UNITED STATES OF AMERICA,        )  Case No. 2:09-cr-00519 MCE
                                     )
14                  Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                     )  CASE
15        v.                         )
                                     )  Date:  January 28, 2010
16  GUILLERMO ADOLFO FUNES-MEJIA,    )  Time:  9:00 a.m.
                                     )  Judge: Morrison C. England, Jr.
17                  Defendant.       )
                                     )
18  _____ )

19

20        It is hereby stipulated and agreed to between the United States of

21  America through Michael Anderson, Assistant United States Attorney, and

22  GUILLERMO ADOLFO FUNES-MEJIA, by and through his counsel, JEFFREY L.

23  STANIELS, Assistant Federal Defender, that the status conference in the

24  above captioned case be continued from January 28, 2010 to February 12,

25  2010.  This continuance is sought to permit defense counsel to confer

26  with Mr. Funes-Mejia, who is Spanish, review discovery, and engage in

27  other defense preparation.  Also, defense counsel is awaiting the

28  probation report.

1    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial

2  Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4

3  from the filing of this stipulation through February 12, 2010.

4    IT IS SO STIPULATED.

5  Dated: January 26, 2010

                                    Respectfully submitted,
6
                                    DANIEL J. BRODERICK
7                                   Federal Defender

8                                   /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
9                                   Assistant Federal Defender
                                    Attorney for Defendant
10                                   GUILLERMO ADOLFO FUNES-MEJIA

11

12 Dated: January 26, 2010

13                                   BENJAMIN B. WAGNER
                                    United States Attorney
14
                                     /s/ Michael Anderson
15                                   MICHAEL ANDERSON
                                    Assistant U.S. Attorney
16

17

18                           **O R D E R**

19    The foregoing stipulation of counsel is accepted.  The above

20 captioned matter is ordered to be continued until February 12, 2010, at

21 9:00 a.m. on this court's regular criminal calendar.

22    IT IS SO ORDERED.

23
    Dated: January 27, 2010
24

25

26                   MORRISON C. ENGLAND, JR.
                    UNITED STATES DISTRICT JUDGE
27

28

                                 -2-