1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GUILLERMO ADOLFO FUNES-MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00519 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | |
| | ) | Date: February 12, 2010 |
| GUILLERMO ADOLFO FUNES-MEJIA, | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and GUILLERMO ADOLFO FUNES-MEJIA, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from February 12, 2010 to March 11, 2010. This continuance is sought to permit defense counsel to engage in further consultation with Mr. Funes-Mejia, who is Spanish, regarding the offer to plead presented to him just today, and to permit counsel to explore potential mitigating aspects concerning Mr. Funes' prior record.

1    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial
2 Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4
3 from the filing of this stipulation through March 11, 2010.
4    IT IS SO STIPULATED.
5 Dated: February 9, 2010

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ JEFFREY L. STANIELS
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         GUILLERMO ADOLFO FUNES-MEJIA


12 Dated: February 9, 2010

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Michael Anderson
                                         MICHAEL ANDERSON
                                         Assistant U.S. Attorney



                                **O R D E R**

   The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until March 11, 2010, at 9:00 a.m. on this court's regular criminal calendar.
      IT IS SO ORDERED.


 Dated: February 10, 2010

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

-2-