```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GUILLERMO ADOLFO FUNES-MEJIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-cr-519 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE |
| v. | ) |
| GUILLERMO ADOLFO FUNES-MEJIA, | ) Date:  March 11, 2010 ) Time:  9:00 a.m. ) Judge: Morrison C. England, Jr. |
| Defendant. | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and GUILLERMO ADOLFO FUNES-MEJIA, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from March 11, 2010 to April 1, 2010. This continuance is sought to permit defense counsel to obtain and review additional discovery from government counsel.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4

from the filing of this stipulation through April 1, 2010.

    IT IS SO STIPULATED.

Dated: March 9, 2010

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ JEFFREY L. STANIELS
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  GUILLERMO ADOLFO FUNES-MEJIA

Dated: March 9, 2010

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Michael Anderson
                                  MICHAEL ANDERSON
                                  Assistant U.S. Attorney

**O R D E R**

    The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until April 1, 2010, at 9:00 a.m. on this court's regular criminal calendar.

    Time for Trial under the Speedy Trial Act is excluded between March 9, 2010, and April 1, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE