DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUILLERMO ADOLFO FUNES-MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-519 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE |
| v. | Date: April 1, 2010 |
| GUILLERMO ADOLFO FUNES-MEJIA, | Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and GUILLERMO ADOLFO FUNES-MEJIA, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 1, 2010 to April 8, 2010. This continuance is sought to permit defense counsel consult further with Mr. Funes regarding the terms of a proposed plea agreement, as well as other aspects of defense preparation.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial

1  Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4
2  from the filing of this stipulation through April 8, 2010.
3      IT IS SO STIPULATED.
4  Dated: March 30, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GUILLERMO ADOLFO FUNES-MEJIA


Dated: March 30, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ Michael Anderson
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney


**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until April 8, 2010, at 9:00 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between April 1, 2010, and April 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: March 31, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-